ACCEPTED
14-15-00612-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 2:32:10 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00612-CR

### In the Fourteenth Court of Appeals, Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
11/19/2015 2:32:10 PM
CHRISTOPHER A. PRINE
Clerk

**QUINTON SHANDRA JONES,**
**Appellant**

**v.**

**THE STATE OF TEXAS**
**Appellee**

### Appellant's First Motion for

### Extension of Time to File Brief

Respectfully Submitted by:

Joseph Kyle Verret
THE LAW OFFICE OF KYLE VERRET, PLLC
Counsel for Appellant
TBN: 240429432
11200 Broadway, Suite 2743
Pearland, Texas 77584
Phone: 281-764-7071
Fax: 281-764-7071                    Submitted:
Email: kyle@verretlaw.com            November 19, 2015

## No. 14-15-00612-CR

## In the Fourteenth Court of Appeals,
## Houston, Texas

## QUINTON SHANDRA JONES,
**Appellant**

**v.**

## THE STATE OF TEXAS
**Appellee**

Comes now, Appellant, by and through his undersigned counsel, in the above styled cause and moves this Honorable Court to extend the time for the filing of Appellant's Brief. Per Texas Rule of Appellate Procedure 10.5(b), Appellant provides the following:

**Current Deadline for Filing:** November 19, 2015

**Length of Extension Sought:** Thirty (30) Days

**Number of Previous Extensions Granted:** None.

**Basis for Extensions:**

Appellant's counsel is a solo practitioner with a busy criminal and juvenile defense caseload, which requires regular appearances in court on the part of counsel.

Also, in the past thirty days, since the complete record was filed in this cause, counsel has prepared for and tried two felony jury trials:

1) A juvenile Assault on a Public Servant, in County Court at Law No. 1, Cause JV20471, which began on October 26, 2015

2) A first degree Aggravated Assault on a Public Servant, and state jail evading arrest, in the 10th District Court of Galveston County, Texas, which began on November 9, 2015, in Causes 13-CR-2885 and 11-CR-2236.

Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Appellant's First Motion to Extend Time to File Appellant's Brief and extend the Deadline for Filing the Appellant's Brief up to and including December 21, 2015. Appellant prays all other relief to which he may be entitled.

Respectfully submitted,

/s/ Joseph Kyle Verret
Joseph Kyle Verret
THE LAW OFFICE OF KYLE VERRET, PLLC
Counsel for Appellant
TBN: 240429432
11200 Broadway, Suite 2743
Pearland, Texas 77584
Phone: 281-764-7071
Fax: 281-764-7071
Email: kyle@verretlaw.com

## Certificate of Service

I certify that a true and correct copy of the foregoing Appellant's First Motion for Extension of Time to File Brief was served on this 19th day of November, 2015, on the Counsel for the Appellee, David Bosserman, at davidb@brazoria-county.com, at the Brazoria County Criminal District Attorney's Office by e-service through electronic filing.

/s/ Joseph Kyle Verret
Joseph Kyle Verret
TBN: 2402932